UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:
Bervis Hays Griffin

Case No.   11-43157-tjt
Chapter    13

## ORDER FOR PAYMENT OF UNCLAIMED FUNDS

Upon application and in accordance with the provisions of 28 U.S.C. Section 2042, that following a review of the sufficiency of the Affidavit of Claimant information that the claimant is properly entitled to said funds, and that the U.S. Attorney for the Eastern District of Michigan was provided a copy of this application with a proof of service attached to the application,

**IT IS ORDER ED** that the Clerk of the U.S. Bankruptcy Court remit the sum of Two Thousand ninety-one and 30/100 dollars ($2,091.30) of unclaimed funds held in the U.S. Treasury to:

>Bervis Hays Griffin
>10351 Oak Park Blvd
>Oak Park, MI  48237

**Signed on July 8, 2021**



/s/ Thomas J. Tucker
_____
Thomas J. Tucker
United States Bankruptcy Judge